UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    WAIVER OF INDICTMENT
                                   :
        - v. -                     :    20 Cr. 526
                                   :
DENNIS FOWLER,                     :
                                   :
                                   :
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

       s/ Dennis Fowler by the Court with permission

*Dennis Fowler*
_____
DENNIS FOWLER
Defendant

_____
Witness

*Annalisa Miron*
_____
Annalisa Miron, Esq.
Counsel for Defendant

Date:   New York, New York
        October  5 , 2020