# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

November 30, 2020

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Dennis Fowler, 20 Cr. 526 (JPO)

Honorable Judge Oetken:

With the government's consent, I write to respectfully request a 60-day adjournment of the conference in the above-captioned matter, which is currently scheduled for December 16, 2020. The parties are in active plea negotiations, and require additional time to seek a pretrial resolution. In particular, Mr. Fowler is in the process of making a formal request for a deferred prosecution or misdemeanor, and once that application is fully completed, the government will require time to fully consider it. Accordingly, I respectfully request that the Court schedule a conference for a date in mid-February.

Should the Court adjourn the conference, we respectfully request that it exclude speedy trial time until the next date. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to discuss a pretrial resolution. 18 U.S.C. § 3161(h)(7)(A).

> Granted. The pretrial conference is adjourned to February 11, 2021, at 2:30 pm. The Court hereby excludes time through February 11, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   December 4, 2020

Respectfully submitted,

/s/ Annalisa Mirón
Annalisa Mirón, Esq.
Assistant Federal Defender
(646) 745-4899

ll

_____
J. PAUL OETKEN
United States District Judge