**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2021

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Dennis Fowler*, 20 Cr. 526 (JPO)

Dear Judge Oetken:

    I write on consent (Assistant U.S. Attorney Rebecca Dell) to respectfully request that the Court adjourn the conference currently scheduled for February 11, 2021, at 2:30 p.m., for a period of around 30 days. I have submitted a request to the Government concerning the charges in this case, and the adjournment will allow the Government time to consider that request and its charging decision.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date for the reason set forth above.

Granted. The February 11, 2021 conference is hereby adjourned to March 12, 2021, at 3:00 p.m. Time is excluded through March 12, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
    2/3/2021

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc: AUSA Rebecca Dell, by ECF and e-mail

_____
J. PAUL OETKEN
United States District Judge