**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2021

*By ECF and e-mail*

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Dennis Fowler*, 20 Cr. 526 (JPO)

Dear Judge Oetken**:**

I write on consent (Assistant U.S. Attorney Rebecca Dell) to respectfully request that the Court adjourn the conference currently scheduled for March 12, 2021, at 3:00 p.m., for a period of around 30 days. The parties are actively discussing a disposition in this matter, and I expect that those discussions will be completed within the next few weeks.

If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act between now and the next court date for the reason set forth above.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

> Granted.  The March 12, 2021 pretrial conference is hereby adjourned to April 13, 2021, at 12:00 pm.
> The Court hereby excludes time through April 13, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> Dated: 3/10/2021

J. PAUL OETKEN
United States District Judge